## UNITED STATES DISTRICT COURT
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2010

at ___ o'clock and 48 min. ___ M.

SUE BEITIA, CLERK

GE BUSINESS FINANCIAL SERVICES, INC.,

v.

DANIEL B. BOLTON, JANET T. BOLTON, JAMES L. CLAY, AND ANDREA LEEBRON CLAY,

Case No.: 10CV4616

MC10 00295 SOM LEK

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 10/12/2010, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on November 18, 2010.

Michael W. Dobbins
Court Administrator

By: Jannette Nunez
Deputy Clerk

---

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY    (Rev. 7/98)

# United States District Court
## Northern District of Illinois
### Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on NOV 18 2010

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk

Case: 1:10-cv-04616 Document #: 18  Filed: 10/12/10 Page 1 of 1 PageID #:256

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES, INC., <br> Plaintiff, <br> v. <br> DANIEL B. BOLTON, JANET T. BOLTON, JAMES L. CLAY, and ANDREA LEEBRON CLAY <br> Defendants. | Case No. 10-cv-4616 <br><br> Honorable Rebecca R. Pallmeyer |

### DEFAULT JUDGMENT AGAINST
### DANIEL B. BOLTON AND JANET T. BOLTON

This matter coming before this Court on the Motion for Default and for Judgment Against Daniel B. Bolton and Janet T. Bolton (the "Motion") filed by GE Business Financial Services, Inc. ("GEBFS"); due and proper notice of the Motion having been given; no objection having been heard from Daniel B. Bolton and/or Janet T. Bolton (collectively, the "Boltons") to the relief sought therein; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Judgment is entered against the Boltons, on a joint and several basis, in the amount of $7,135,200.00 (the "Judgment Amount"), which amount is inclusive of all fees, costs, and other amounts due and owing to GEBFS from the Boltons, except as hereinafter provided.

2. Interest shall continue to accrue on the Judgment Amount from the date of entry hereof until satisfied in full.

3. This judgment is effective immediately, and GEBFS is entitled to take all steps necessary or appropriate to enforce its rights and remedies hereunder.

ORDERED BY:

_____
Honorable Rebecca R. Pallmeyer
United States District Court Judge

October 12, 2010