IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>DANIEL B. BOLTON; JANET T. BOLTON; JAMES L. CLAY; and ANDREA LEEBRON CLAY,<br><br>         Defendants. | CIVIL NO. MC 10-00295 SOM/LEK<br><br>ORDER GRANTING PLAINTIFF GE BUSINESS FINANCIAL SERVICES, INC.'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS |

**ORDER GRANTING PLAINTIFF GE BUSINESS FINANCIAL SERVICES, INC.'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS**

The Court, having considered Plaintiff's Ex Parte Motion for Issuance of

Garnishee Summons to:

BOLTON, INC. ("Garnishee")
P.O. Bxo 898
Kailua-Kona, Hawaii  96745

and

73-4174 Hulikoʻa Drive
Kailua-Kona, Hawaii  96740

and the declaration and exhibits submitted therewith, and being familiar with the

record herein and finding good cause therefor;

HEREBY ORDERS, ADJUDGES AND DECREES that Plaintiff's Ex Parte

Motion for Issuance of Garnishee Summons to

BOLTON, INC. ("Garnishee")
P.O. Box 898
Kailua-Kona, Hawaii  96745

and

73-4174 Huliko'a Drive
Kailua-Kona, Hawaii  96740

is GRANTED.  A garnishee summons substantially in the form attached hereto

shall be issued forthwith to:

BOLTON, INC. ("Garnishee")
P.O. Box 898
Kailua-Kona, Hawaii  96745

and

73-4174 Huliko'a Drive
Kailua-Kona, Hawaii  96740

   DATED:  Honolulu, Hawaii, December 7, 2010.


   /S/ Leslie E. Kobayashi
   Leslie E. Kobayashi
   United States Magistrate Judge

*GE BUSINESS FINANCIAL SERVICES, INC. v. DANIEL B. BOLTON, ET AL.;* In The United States District Court, District of Hawaii; Civil No. MC 10-00295 SOM/LEK; ORDER GRANTING PLAINTIFF GE BUSINESS FINANCIAL SERVICES, INC.'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS